# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE JAUREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PORTFOLIO RECOVERY ASSOCIATES, LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:14-cv-05928 <br><br> Judge James B. Zagel |

## DECLARATION OF NYETTA JACKSON

NOW COMES Nyetta Jackson and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. I am over 18 years of age, and am of sound mind.

2. I am familiar with the facts set forth in this Declaration through personal knowledge and/or review of corporate records.

3. I am competent to testify to the matters stated herein.

4. I am familiar with the Complaint filed by Plaintiff Jose Jaurez and the allegations contained therein.

5. I am the Vice-President of Operations at Portfolio Recovery Associates, LLC. ("PRA").

6. PRA is a Delaware limited liability company with a business office located at 120 Corporate Blvd., Suite 100, Norfolk, Virginia 23502.

7. PRA's business includes, but is not limited to, collecting on unpaid, outstanding account balances.

8. As part of its daily running of business, PRA maintains collection notes ("account notes" or "collection notes") regarding the activity that takes place on each account.

9. Occurrences such as telephone calls, telephone conversations and written correspondences regarding an account are recorded in the collection notes.

10. The account notes are created and maintained in the regular course of business.

11. The entries into the account notes are made contemporaneously with the events they memorialize.

12. PRA purchased Plaintiff's Care Credit/GE Capital Retail Bank account ("Care Credit account") on or around October 23, 2012. Defendant's Rule 56.1 Statement of Material Facts, DE #22 at Ex. A, at PRA00143 (filed under seal).

13. Plaintiff's Care Credit and PRA account number is XXXXXXXXXXXX9239. DE #22 at Ex. A, at PRA00142-PRA00145, PRA00153.

14. PRA's records indicate that GE Capital Retail Bank charged off this account on June 10, 2009. DE #22 at Ex. A, at PRA00143.

15. Defendant produced the account notes containing the date Plaintiff opened his Care Credit account, the date the account was charged off, and the date of delinquency. DE #22 at Ex. A at PRA00142-PRA00145.

16. Defendant produced account statements dated November 2008 through June 2009. DE #22 at Ex. A, at PRA00155-PRA00212.

17. These statements reflect Plaintiff's transaction history during this period of time, including the Lasik surgery he underwent on or around October 25, 2008. DE #22 at Ex. A, at PRA00155-PRA00212; *See* PRA00207.

18. Defendant produced the Purchase and Sale Agreement pursuant to which Defendant purchased Plaintiff's account. DE #22 at Ex. A at PRA00220-PRA00258.

19. Defendant produced the electronic file from the seller containing Plaintiff's account information (known as "load data"). DE #22 at Ex. A, at PRA00153-PRA00154.

20. Defendant mailed an initial validation letter to Plaintiff on or around November 29, 2012. DE #22 at Ex. A, at PRA00152.

21. Plaintiff never sent written correspondence to Defendant. DE #22 at Ex. A, at PRA00142-PRA00152.

22. Plaintiff did not call Defendant in response to its initial validation letter. DE #22 at Ex. A, at PRA00142-PRA00152.

23. Plaintiff did not call Defendant within 30 days of his receipt of Defendant's initial validation letter. DE #22 at Ex. A, at PRA00142-PRA00152.

24. If Plaintiff had paid off his Care Credit account, PRA would not have filed a collection lawsuit against him.

25. Larry J. Andrews, PRA's records custodian executed the affidavit attached to PRA's collection complaint filed against Plaintiff. DE #22 at Ex. A, at PRA00214.

26. The affidavit states, in relevant part:

> I am an authorized employee of Portfolio Recovery Associates, LLC ("Account Assignee") which is doing business at Riverside Commerce Center, 120 Corporate boulevard, Norfolk, Virginia, and I am authorized to make the statements, representations and averments herein, and do so based upon a review of the business records of the Account Assignee and those records transferred to Account Assignee from GENERAL ELECTRIC CAPITAL CORP/CARE CREDIT ("Account Seller"), which have become a part of and have integrated into Account Assignee's business records, in the ordinary course of business.
>
> According to the business records, which are maintained in the ordinary course of business, the account, and all proceeds of the account are now owned by the Account Assignee, all of the Account Seller's interest in such account having been sold, assigned and transferred by the Account Seller on 10/23/12. Further, the Account Assignee has been assigned all of the Account Seller's power and authority to perform all acts necessary for the settlement, satisfaction compromise, collection or adjustment of said account, and the Account Seller has retained no further interest in said account or the proceeds thereof, for any purpose whatsoever.
>
> According to the records transferred to the Account Assignee from Account Seller, and maintained in the ordinary course of business by the Account Assignee, there was due and payable from JOSE JAUREZ ("Debtor and Co-Debtor") to the Account Seller the sum of $3,560.74 with the respect to account number ending in 9239 as of the date of 6/10/09 with there being no known un-credited payments, counterclaims or offsets against the said debt as of the date of the sale.
>
> According to the account records of said Account Assignee, after all known payments, counterclaims, and/or setoffs occurring subsequent to the date of sale, Account Assignee claims the sum of $3,560.74 as due and owing as of the date of this affidavit.

3

DE #22 at Ex. A, at PRA00214.

27. Prior to executing affidavits in support of collection complaints, PRA's records custodians access and review the account seller's records regarding the account at issue.

28. PRA's records custodians base their affidavits on their review of these records.

_/s/ Nyetta Jackson_
Nyetta Jackson
Portfolio Recovery Associates, LLC

# Exhibit 1

Filed Under Seal